**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

July 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/23/2026

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Eltayeb v. Genalo*, No. 26-cv-6090 (VEC)

Dear Judge Caproni:

This Office represents the government in the above-referenced habeas corpus action. The government's deadline to file its response to the habeas petition was 12:00 p.m. today. ECF No. 7. While the government timely filed the ICE declaration at 11:51 a.m., the government's response with exhibits was not filed until 1:06 p.m., *i.e.*, just over one hour late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's response (ECF No. 9) is deemed timely filed. Petitioner's counsel consents to this request. The filing was delayed due to my work on several other matters this morning, and the time needed to incorporate the information from the ICE declaration into the response, as the final declaration was received only ten minutes before the noon deadline.

I thank the Court for its consideration of this request, and I apologize for the short delay in filing the government's response.

Application GRANTED.

SO ORDERED. 7/23/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

cc: Counsel of Record (by ECF)